# HURWITZ STAMPUR & ROTH
### ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, STE 800
NEW YORK, N.Y. 10007

TEL 212-619-4240
FAX 212-619-6743

December 3, 2007

**BY FACSIMILE: (212) 805-0436**
The Honorable Gerard E. Lynch
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 12/4/07*

Re:  United States vs. Mohamed Emam, et al.
     07 CR 1065

Dear Judge Lynch,

I write to request my client, Mohamed Emam, be allowed to visit his sister Mona Emam at 1415 East Apache Blvd. Apt 301, Tempe, Arizona, phone number 480-736-1483. Mr. Emam will be traveling by plane from December 20, 2007 to January 3, 2008. Enclosed is a copy of his itinerary.

Pretrial Officer Heather Mallony consents to this request.

Sincerely,

Michael Hurwitz, Esq.

Encls.

cc:  Pretrial Officer Heather Mallony (By Fax: 973-645-2282)
     AUSA Jonathan New (By Fax: 212-637-0121)

*SO ORDERED*

GERARD E. LYNCH, U.S.D.J.

12/3/07

MH/EMAM, M/REQUEST